CLOSED

Bryan J. Freedman, Esq. (SBN 151990)
Steven B. Stiglitz, Esq. (SBN 222667)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Respondent
United Talent Agency, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between BARRY SONNENFELD, an individual,<br><br>    Petitioner.<br><br>  v.<br><br>UNITED TALENT AGENCY, INC., a California corporation,<br><br>    Respondent, | **Case No.: 12-CV-03560 SJO (SHx)**<br>Assigned to: Hon. S. James Otero<br>Courtroom: 2 (2nd Floor)<br><br>**[PROPOSED] JUDGMENT**<br><br>Petition Filed: April 24, 2012 |

[PROPOSED] JUDGMENT

1    The above-captioned matter arises from an arbitration award (the "Award")
2 issued by Arbitrator Howard Weitzman in a Director's Guild of America
3 arbitration between Petitioner Barry Sonnenfeld ("Sonnenfeld") and Respondent
4 United Talent Agency, Inc.'s ("UTA").
5    The Court, having considered Sonnenfeld's Petition to Vacate Arbitration
6 Award (the "Petition to Vacate"), Sonnenfeld's Motion to Vacate Arbitration
7 Award (the "Motion to Vacate"), UTA's Petition to Confirm Arbitration Award
8 (the "Petition to Confirm"), and UTA's Motion to Confirm Arbitration Award (the
9 "Motion to Confirm"), and the related papers filed in support of the foregoing, on
10 August 23, 2012, issued an order DENYING the Motion to Vacate and
11 GRANTING the Motion to Confirm.  Therefore, in accordance with the foregoing,
12 the Court, finding GOOD CAUSE therefor, hereby issued the following judgment:
13     IT IS HEREBY IS ORDERED AND ADJUDGED that Sonnenfeld shall
14 pay Respondent United Talent Agency, Inc. ("UTA") $325,000, plus interest of
15 10% per annum from and after April 16, 2012.
16     IT IS HEREBY IS ORDERED AND ADJUDGED that, if Sonnenfeld
17 directs any sequels or remakes of the motion picture Men in Black ("MIB") in the
18 future, then Sonnenfeld shall pay UTA a commission in the amount of 10% of all
19 compensation paid or payable to Sonnenfeld on the applicable subsequent sequel
20 or remake of MIB, within ten (10) business days of Sonnenfeld's receipt of such
21 compensation, up to a ceiling of $325,000 on each such sequel or remake.  Sums
22 not paid when due shall bear interest at the legal rate of 10% per annum until paid.
23
24 //
25 //
26 //
27 //
28

1
[PROPOSED] JUDGMENT

| | |
|---|---|
| 1 | IT IS HEREBY IS ORDERED AND ADJUDGED that UTA shall be |
| 2 | entitled to tax its costs in connection with the above-captioned proceeding and the |
| 3 | related proceeding to enforcement of the Award filed by UTA in the in Los |
| 4 | Angeles Superior Court, Case No. BS137106.  UTA shall have fifteen (15) days |
| 5 | from the entry of this judgment to file a bill of costs. |

Dated:  September 22, 2012      *S. James Otero*
_____
Hon. S. James Otero
United States District Judge